No. 95–616. CALDERON, WARDEN, ET AL. v. PHILLIPS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma*

*pauperis* granted. Certiorari denied.